```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  PETER FELDMAN,

                       Plaintiff,           MEMORANDUM & ORDER
                                            22-CV-6262 (EK)(ST)
                -against-

  DEUTSCHE BANK NATIONAL TRUST COMPANY,
  AS SUCCESSOR TO DEUTSCHE BANK
  NATIONAL TRUST COMPANY, AS INDENTURE
  TRUSTEE FOR NOTE HOLDERS AND THE NOTE
  INSURER OF INDEX 2006-AR27; PHH
  MORTGAGE CORPORATION D/B/A PHH
  MORTGAGE SERVICING, GOLDEN FIRST
  MORTGAGE CORP., "JOHN DOE ENTITY" 1
  THROUGH "JOHN DOE ENTITY" 6,

                       Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Tiscione's Report and Recommendation (R&R) dated February 12, 2025. ECF No. 63. Judge Tiscione recommends that the plaintiff's motion to amend the complaint be denied without prejudice. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Tiscione's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the plaintiff's motion to amend the complaint is denied without prejudice.

SO ORDERED.

                                                        /s/ Eric Komitee
                                                        ERIC KOMITEE
                                                        United States District Judge

Dated:    February 27, 2025
            Brooklyn, New York